UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PABLO M. RIVERA, | * |
| Petitioner, | * |
| v. | * |
| RADM Spaulding Federal Medical Center Devens, MA, | * C.A. No. 20-10776-ADB |
| Respondent. | * |

ORDER OF DISMISSAL

BURROUGHS, D.J.

For the reasons stated in the Memorandum and Order dated April 22, 2020, the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is denied without prejudice.

ROBERT M. FARRELL
CLERK OF COURT

Dated: 4/22/2020         By /s/ Karen Folan
                             Deputy Clerk